IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PEGGY TREW,                         )
                                    )
             Plaintiff,             )     4:12CV3109
                                    )
        v.                          )
                                    )
MICHAEL J. ASTRUE,                  )     ORDER
Commissioner of the Social          )
Security Administration,            )
                                    )
             Defendant.             )
_____)
```

    This matter is before the Court on defendant's motion to extend time to respond to plaintiff's brief (Filing No. 16). The Court finds the motion should be granted. Accordingly,

    IT IS ORDERED that the motion is granted; defendant shall have until December 24, 2012, to file his brief. Plaintiff shall have until January 22, 2013, to file a reply brief.

    DATED this 26th day of November, 2012.

            BY THE COURT:

            /s/ Lyle E. Strom
            _____
            LYLE E. STROM, Senior Judge
            United States District Court