IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PEGGY TREW, | ) | |
| | ) | |
| Plaintiff, | ) | 4:12CV3109 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for attorney's fees (Filing No. 21) and defendant's response to plaintiff's motion for fees (Filing No. 23) stating there is no objection to plaintiff's request.  Accordingly,

IT IS ORDERED that plaintiff is awarded attorney fees in the amount of $2,098.98.  The EAJA fee is payable to plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States.

DATED this 23rd day of April, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court